**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-12739 |
| SURF'S UP DINING GROUP LLC, | ) |
| | ) Hon. Deborah L. Thorne |
| Debtor. | ) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that the undersigned counsel hereby enter their appearance for Oakbrook Shopping Center, LLC ("Oakbrook") pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and request that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon Oakbrook through its undersigned counsel, as follows:

Harold D. Israel, Esquire (#6216289)
Heidi M. Hockberger, Esquire (#6327037)
**LEVENFELD PEARLSTEIN, LLC**
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 346-8380
Facsimile: (312) 346-8434
E-mail: hisrael@lplegal.com
          hhockberger@lplegal.com

Ivan M. Gold, Esquire
**ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP**
Three Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone: (312) 346-8380
Facsimile: (312) 346-8434
E-mail: igold@allenmatkins.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Notice and Service of Papers* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Northern District of Illinois (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Oakbrook is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until Oakbrook expressly states otherwise, Oakbrook does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated:  November 6, 2023
Chicago, Illinois

*/s/ Harold D. Israel*

Harold D. Israel, Esquire (#6216289)
Heidi M. Hockberger, Esquire (#6327037)
**LEVENFELD PEARLSTEIN, LLC**
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 346-8380
Facsimile: (312) 346-8434
E-mail:  hisrael@lplegal.com
            hhockberger@lplegal.com

Ivan M. Gold, Esquire
**ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP**
Three Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone: (312) 346-8380
Facsimile: (312) 346-8434
E-mail: igold@allenmatkins.com

*Counsel for Oakbrook Shopping Center, LLC*